IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JOSEPH MAES,      No. C 12-02806 CW (PR)
    Petitioner,
  v.      ORDER OF TRANSFER
HEIDI LACKNER, Warden,
    Respondent.
_____/

    Petitioner, a state prisoner incarcerated at the Sierra Conservation Center in Tuolumne County, California, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction, which was obtained in Shasta County Superior Court.[1]

    A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

---

[1] On page two of the petition (Docket no. 1), Petitioner states that he is challenging a conviction obtained in Sonoma County Superior Court. However, attachments to the petition, including a copy of Petitioner's state habeas petition and his state appellate brief, make clear that the conviction at issue was obtained in Shasta County.

Petitioner was convicted in Shasta County, which lies within the venue of the Eastern District of California, and he is incarcerated in Tuolumne County, which also lies within the venue of the Eastern District.  See 28 U.S.C. § 84(b).  Thus, jurisdiction over the petition exists in the Eastern District.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Eastern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this Court.

IT IS SO ORDERED.

Dated: 6/18/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE